

ORIGINAL

**FILED**

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0678

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0678

_____

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,                                          O R D E R

Deceased.

_____

Upon consideration of Appellants' motion for and extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until January 27, 2025, to prepare, file, and serve the opening brief.

Dated this ⏵⏴ day of December, 2024.

For the Court,

_____
Chief Justice

FILED

DEC 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana